No. 10–6764. MORENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6774. VILLASENOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6777. GABBARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6778. GARCIA-CORDERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6779. FINLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–6780. MIZWA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6783. STANLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–6785. SCOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6787. VAN THI NGUYEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–6789. KENNEDY *v.* ALLERA ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–6790. MASON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6792. RODGERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6793. ARANDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6797. VALLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6798. REED *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 10–6803. SUAREZ FLORES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.